

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2023

No. 04-22-00901-CV

**IN RE FAIR OAKS COUNTRY STORE, LLC**

Original Proceeding[1]

**ORDER**

On December 30, 2022, relator filed a petition for writ of mandamus. After considering the petition, real parties in interests' responses, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's Unopposed Motion to Extend or Clarify Time to File Reply Brief is **DENIED** as moot.

It is so **ORDERED** on April 19, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020CI14929, styled *Stacy Marc Barrus as Turnover Receiver for Victor Farias and Integrity Aviation and Leasing, LLC, and Gina Perez, Lisa Aldaco, Olga Perez-Meredith, Viola Fraga, Elaine Castillo, Susan Perez, and Joann Aguilar vs. Fair Oaks Country Store, LLC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.